# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                          No. 4:13CR00010-01 JLH

JERMAINE LAMON ROY                                                    DEFENDANT

## **ORDER**

The Court hereby orders that the transcript of the pretrial hearing held in this matter on June 3, 2013, be sealed.

IT IS SO ORDERED this 3rd day of June, 2013.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE