**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

UNITED STATES OF AMERICA                                                    PLAINTIFF

v.                                            NO. 4:13CR00010 JLH

JERMAINE LAMON ROY                                                          DEFENDANT

**<u>ORDER</u>**

Jermaine Lamon Roy has filed a motion under 28 U.S.C. § 2255 to vacate, set aside, or

correct his sentence.  The Court directs the United States to file a response within thirty days from

the entry of this Order.  If Roy wishes to file a reply, he must do so within thirty days after the date

that the United States files its response.

IT IS SO ORDERED this 31st day of July, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE