IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA                                             PLAINTIFF

v.                          CASE NO. 4:13-CR-00010-BSM

JERMAINE ROY                                                          DEFENDANT

## ORDER

Jermaine Roy's motion to reduce his sentence [Doc. No. 166] is denied because Roy has failed to show that extraordinary and compelling reasons warrant his request. 18 U.S.C. §§ 3553(a), 3582(c)(1)(A). Moreover, the motion is denied because he has failed to exhaust his administrative remedies. *United States v. Smith*, 2020 WL 2487277, at *5 (E.D. Ark. May 14, 2020).

IT IS SO ORDERED this 18th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE