# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

UNITED STATES OF AMERICA                           PLAINTIFF

v.                  CASE NO. 4:13-CR-00010-BSM-1

JERMAINE LAMON ROY                             DEFENDANT

## **ORDER**

Jermaine Roy's pro se motion to reduce sentence [Doc. No. 173] is denied because the retroactive application of Amendment 821 to the Federal Sentencing Guidelines does not change his sentence. Roy was sentenced to the statutory mandatory minimum of 180 months, which is below his new guideline range of 210 to 262 months. See U.S.S.G. § 1.10(b)(2)(A).

IT IS SO ORDERED this 9th day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE